**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Angel FERNANDEZ–ANGULO, Defendant–Appellant.**

No. 87–3068.

United States Court of Appeals, Ninth Circuit.

June 7, 1989.

Before: GOODWIN, Chief Judge, BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, and LEAVY, Circuit Judges.

ORDER

Upon the vote of a majority of the eligible nonrecused active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.